

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES GREGONIS, | : |
|     Plaintiff, | : CIVIL ACTION |
| v. | : NO. 11-CV-05307 |
| BI, INC., GEO GROUP, INC., ANNE SCHLARB, and BRUCE THACHER, | : (Judge Brody) |
|     Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), it is hereby stipulated and agreed upon by counsel that Defendant, GEO Group, Inc., is dismissed from the matter without prejudice.

So Stipulated:

Counsel for Plaintiff

/s/ James A. Bell
James A. Bell
Christopher A. Macey, Jr.
Bell & Bell LLP
1617 JFK Blvd., Ste 1020
Philadelphia, PA 19103
(215) 569-2500

Counsel for Defendants

/s/ Terri Gillespie
Michael S. Pepperman
Terri Gillespie
Obermayer Rebmann Maxwell & Hippel LLP
1617 JFK Blvd., 19th Floor
Philadelphia, PA 19103-1895
(215) 665-3271

IT IS SO ORDERED THIS 31st DAY OF July, 2012.

_____
Anita Brody, J.

4640324

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2012 I caused the foregoing Stipulation of Voluntary Dismissal to be served electronically and by first-class mail, on the following:

> James A. Bell
> Christopher A. Macey, Jr.
> Bell & Bell LLP
> 1617 John F. Kennedy Blvd.
> One Penn Center, Suite 1020
> Philadelphia, PA  19103

> /s/ Terri Gillespie
> Terri Gillespie

4640324